UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., C.D., C.B., and D.F., *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLYNN MARKETING GROUP, INC.,<br><br>Defendants. | Case No.:  24cv311-GPC (MSB)<br><br>**ORDER SETTING ZOOM SETTLEMENT CONFERENCE** |

After consulting with the parties about their availability, **IT IS HEREBY ORDERED** that a Zoom Settlement Conference ("SC") will be held **November 18, 2025**, at **1:30 p.m.**, before Magistrate Judge Michael S. Berg.  The SC will be hosted through the Court's ZoomGov account.  All discussions at the SC will be informal, off-the-record, privileged, and confidential.  The following rules and deadlines apply:

1. **Personal Appearance of Parties Required**:  All named parties, party representatives, claims adjusters for insured defendants, and the principal attorney(s) responsible for the litigation must be present and prepared to discuss and resolve the case.  Counsel appearing without their clients (whether counsel has been given settlement authority) will be cause for immediate imposition of sanctions and may also

result in the immediate termination of the conference.

2. **Full Settlement Authority Required**: A party or party representative with full settlement authority must be present at the SC. Retained outside corporate counsel must not appear on behalf of a corporation as the party representative who has the authority to negotiate and enter a settlement. A government entity may be excused from this requirement so long as the government attorney who attends the SC has (1) primary responsibility for handling the case, and (2) authority to negotiate and recommend settlement offers to the government official(s) having ultimate settlement authority.

3. **Confidential Settlement Statements**: No later than **November 10, 2025**, the parties must submit directly to Magistrate Judge Berg's chambers (via hand delivery or by e-mail to the Court at efile_berg@casd.uscourts.gov), confidential settlement statements. The settlement statement is limited to **five pages or less, and up to five pages of exhibits or declarations.** Each party's settlement statement must outline (1) significant developments since the Early Neutral Evaluation ("ENE"); (2) counsel's insights regarding how best to reach settlement; (3) a specific demand/offer for settlement; and (4) the name, title, and e-mail address of each expected SC participant. The statement **must not merely repeat** what was contained in the ENE statement.

If a party cannot make a specific demand or offer at the time the settlement statement is submitted, then it must state why a demand or offer cannot be made. Further, the party must explain when they will be prepared to state a demand or offer. A general statement, such as a party will "negotiate in good faith," is not a specific demand or offer. The settlement statement should be submitted confidentially and need not be shared with other parties.

4. **Zoom Expectations**: The Court will use its official Zoom video conferencing account to hold the SC. Prior to the start of the SC, the Court will e-mail each participant an invitation to join a Zoom video conference. All participants shall display the same level of professionalism and be prepared to devote their full attention to the

SC as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the conference.

        5.    **Requests to Continue**:  Any request to continue the SC, or request for relief from any of the provisions or requirements of this Order, must be sought by a **written application**.  **Absent good cause, requests for continuances will not be considered unless submitted in writing no fewer than seven (7) calendar days prior to the scheduled conference.**

        **IT IS SO ORDERED**.

Dated:  September 22, 2025

                                         Honorable Michael S. Berg
                                         United States Magistrate Judge