Andrew P. Young, Bar No. 326540
apyoung@swlaw.com
Rachel A. McMains, Bar No. 352954
rmcmains@swlaw.com
SNELL & WILMER L.L.P.
3611 Valley Centre Dr., #500
San Diego, CA 92130
Telephone:  858.434.5020

Attorneys for Defendant
ASHLYNN MARKETING GROUP, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., C.D., C.B., and D.F., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASHLYNN MARKETING GROUP, INC.,<br><br>Defendant. | Case No. 3:24-cv-00311-GPC-MSB<br><br>Assigned to Hon. Gonzalo P. Curiel<br>Magistrate Judge Michael S. Berg<br><br>**Defendant Ashlynn Marketing Group, Inc.'s Evidentiary Objections to Expert Report of Daniel Overbeek, MD**<br><br>Hearing Information:<br>Date:  April 24, 2026<br>Time:  1:30 p.m.<br>Place:  330 West Broadway<br>  Courtroom 12A, 12th Floor<br>  San Diego, CA 92101<br>Judge:  Hon. Gonzalo P. Curiel<br><br>Complaint Filed:  February 16, 2024<br>Trial Date:  August 18, 2026 |

- 1 -

4933-2288-5258

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Ashlynn Marketing Group, Inc. ("Defendant" or "Ashlynn") hereby objects to the entirety of the Expert Report of Daniel Overbeek, MD under 28 U.S.C. section 1746 on the grounds that (1) Dr. Overbeek did not submit a declaration authenticating his expert report, and (2) the Expert Report of Daniel Overbeek, MD does not substantially comply with 28 U.S.C. section 1746 because (1) it is not signed at all, and (2) Dr. Overbeek does not attest under penalty of perjury that the contents are true and correct. *See Corona v. Quad Graphics Printing Corp. et al.*, 218 F.Supp.3d 1068, 1071-72 (C.D. Cal. 2016) (sustaining defendant's objection to counsel's declaration under 28 U.S.C. section 1746 on the grounds that the attorney's statement in her declaration that "[a]ll of the facts stated herein are known personally to [her], and if called upon to testify, [she] would and could testify under oath to the facts stated herein" did not substantially comply with section 1746); *see also Luxul Tech. Inc. v. NectarLux, LLC*, 2016 WL 3345464, *5 (N.D. Cal. June 16, 2016) ("Substantial compliance requires the declarant to make two assertions in the declaration: (1) that the statements in the declaration were made 'under penalty of perjury,' and (2) 'that the contents were true and correct.'").

Dated: February 19, 2026          SNELL & WILMER L.L.P.


By: */s/ Andrew P. Young*
    Andrew P. Young
    Rachel A. McMains

    Attorneys for Defendant
    ASHLYNN MARKETING GROUP, INC.

ASHLYNN MARKETING GROUP, INC.'S
EVIDENTIARY OBJECTIONS TO EXPERT
REPORT OF DANIEL OVERBEEK, MD
3:24-CV-00311-GPC-MSB

4933-2288-5258