**LYNCH CARPENTER, LLP**
Todd D. Carpenter (State Bar No. 234464)
todd@lcllp.com
Scott G. Braden (State Bar No. 305051)
scott@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone:   (619) 762-1910
Facsimile:   (858) 313-1850

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
          lsironski@bursor.com

**OLIVIER & SCHREIBER PC**
Monique Olivier (SBN 190385)
monique@os-legal.com
Christian Schreiber (SBN 245597)
christian@os-legal.com
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

*Attorneys for Plaintiffs and*
*Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., C.D., C.B., and D.F., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>ASHLYNN MARKETING GROUP, INC.,<br><br>      Defendant. | Case No. 3:24-cv-00311-GPC-MSB<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS UNDER RULE 37(E)**<br><br>Date:  April 24, 2026<br>Time: 1:30 pm<br>Judge: Hon. Gonzalo P. Curiel<br>Crtrm: 12A (12th Flr) |

PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS UNDER RULE 37(E)
CASE NO. 3:24-CV-00311-GPC-MSB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 24, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard in Crtrm: 12A (12th Flr) of the above-entitled Court, located at 333 West Broadway San Diego, CA 92101, Plaintiffs J.J., C.D., C.B., and D.F. will and hereby do move this Court for an Order imposing sanctions pursuant to Federal Rule of Civil Procedure 37(e) for Defendant Ashlynn Marketing Group, Inc.'s failure to preserve electronically stored information.

This Motion seeks sanctions arising from Defendant's destruction and failure to preserve consumer-facing website and blog content and related SEO materials published on KraveKratom.com after Defendant's duty to preserve had attached, resulting in prejudice to Plaintiffs' ability to prove central issues in this action.

Plaintiffs seek relief including, but not limited to: (i) adverse-inference or permissive- inference jury instructions; (ii) evidentiary limitations preventing Defendant from exploiting the evidentiary gaps created by its spoliation; (iii) authorization for Plaintiffs to present evidence and argument concerning Defendant's preservation failures; (iv) curative measures relating to the use of Wayback Machine captures; and (v) an award of attorneys' fees and costs incurred in connection with this motion.

This Motion is made pursuant to Federal Rule of Civil Procedure 37(e), the Court's inherent authority, the Court's Local Rules, and the Court's Standing Orders, and is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Scott G. Braden and exhibits submitted therewith, the Declaration of Luke Sironski-White, the Proposed Order submitted herewith, the pleadings and records on file in this action, and such further evidence and argument as may be presented at the hearing or otherwise properly considered by the Court.

Dated:  February 20, 2026                     Respectfully submitted,

                                              **LYNCH CARPENTER, LLP**

                                              By: */s/ Scott G. Braden*
                                              Scott G. Braden (State Bar No. 305051)
                                              scott@lcllp.com

Todd D. Carpenter (State Bar No. 234464)
todd@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone:   (619) 762-1910
Facsimile:    (858) 313-1850

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
            lsironski@bursor.com

**OLIVIER & SCHREIBER PC**
Monique Olivier (SBN 190385)
monique@os-legal.com
Christian Schreiber (SBN 245597)
christian@os-legal.com
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

*Attorneys for Plaintiffs*