**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.J., C.D., C.B., and D.F., individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>ASHLYNN MARKETING GROUP, INC.,<br><br>               Defendant. | Case No. 3:24-cv-00311-GPC-MSB<br><br>**ORDER GRANTING JOINT MOTION TO STAY PRETRIAL DEADLINES AND CONTINUE CLASS CERTIFICATION HEARING PENDING PRIVATE MEDIATION**<br><br>[ECF No. 125] |

Having considered the Parties' Joint Motion to Stay Pretrial Deadlines and Continue Class Certification Hearing Pending Private Mediation, and finding good cause therefor, the Court hereby ORDERS:

1. All pretrial deadlines set forth in the Amended Scheduling Order (ECF No. 102), including the March 23, 2026, fact discovery cutoff, are hereby STAYED pending further order of the Court.

2. During the stay period, the Parties may continue to engage in fact discovery, including without limitation: (a) exchanging discovery responses; (b) completing document productions; (c) issuing, enforcing, administering, and otherwise engaging in third-party discovery; (d) implementing the forensic and post-

spoliation discovery contemplated by the Court's April 28, 2026 Order (ECF No. 124); and (e) any other discovery permitted under the Federal Rules of Civil Procedure.

3.      The Parties shall file a Joint Status Report within fourteen (14) days after the conclusion of mediation, addressing: (a) the outcome of mediation; (b) a proposed amended schedule for any remaining pretrial deadlines if the matter does not resolve in full; (c) the status of any then-pending discovery and the proposed schedule for completing it; and (d) any modification to the rescheduled class certification hearing the Parties believe appropriate in light of the mediation outcome.

4.      The May 22, 2026, hearing on Plaintiffs' Motion for Class Certification is VACATED.   The hearing may be rescheduled upon receiving the Joint Status Report.

5.      For the avoidance of doubt, the stay ordered in paragraph 1 includes the April 30, 2026, Rule 26(a)(2)(A) and (B) Disclosure Deadline. The Parties' April 30, 2026, expert witness disclosures, filed concurrently with the Joint Motion, are deemed timely.

   IT IS SO ORDERED.

Dated:  May 1, 2026

Hon. Gonzalo P. Curiel
United States District Judge

CASE NO. 3:24-CV-00311-GPC-MSB