**LYNCH CARPENTER, LLP**
Todd D. Carpenter (State Bar No. 234464)
todd@lcllp.com
Scott G. Braden (State Bar No. 305051)
scott@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone:   (619) 762-1910
Facsimile:    (858) 313-1850

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
          lsironski@bursor.com

**OLIVIER & SCHREIBER PC**
Monique Olivier (SBN 190385)
monique@os-legal.com
Christian Schreiber (SBN 245597)
christian@os-legal.com
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

*Attorneys for Plaintiffs and
Proposed Class Counsel*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., C.D., C.B., and D.F., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ASHLYNN MARKETING GROUP, INC., <br><br> Defendant. | Case No. 3:24-cv-00311-GPC-MSB <br><br> **JOINT STATUS REPORT REGARDING OUTCOME OF MEDIATION AND JOINT REQUEST TO HOLD REMAINING DEADLINES IN ABEYANCE** |

Pursuant to paragraph 3 of the Court's May 1, 2026 Order (ECF No. 126), Plaintiffs J.J., C.D., C.B., and D.F. and Defendant Ashlynn Marketing Group, Inc. (together, the "Parties") jointly submit this Status Report.

**1.      Outcome of Mediation.** On July 14, 2026, the Parties participated in a full-day, in-person mediation before the Honorable Jay C. Gandhi (Ret.) of Phillips ADR. The Parties reached a settlement in principle that will fully resolve this Action and executed a binding term sheet that day. The Parties are now negotiating a long-form settlement agreement and anticipate stipulating to dismissal of this Action following its execution.

**2.      Remaining Pretrial Deadlines.** Because the settlement will resolve this Action in full, no amended pretrial schedule is necessary.

**3.      Status of Discovery.** All discovery has been suspended by agreement of the Parties in light of the settlement. No schedule for completing discovery is proposed or necessary.

**4.      Class Certification Hearing and Pending Matters.** The Parties jointly and respectfully request that the previously vacated class certification hearing (ECF No. 126), remain vacated, and that all remaining deadlines and pending matters, including quantification of fees pursuant to the Court's April 28, 2026 Order (ECF No. 124) be held in abeyance.

**5.      Further Report.** The Parties respectfully propose to file a further joint status report on or before September 11, 2026, unless a dismissal or other disposition has been filed before that date.

Dated:  July 28, 2026                    **LYNCH CARPENTER, LLP**

By: */s/ Scott G. Braden*
Scott G. Braden (State Bar No. 305051)
scott@lcllp.com
Todd D. Carpenter (State Bar No. 234464)
todd@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone:  (619) 762-1910
Facsimile:   (858) 313-1850

1

JOINT STATUS REPORT REGARDING OUTCOME OF MEDIATION AND JOINT REQUEST TO HOLD REMAINING DEADLINES IN ABEYANCE        CASE NO. 3:24-CV-00311-GPC-MSB

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
　　　　lsironski@bursor.com

**OLIVIER & SCHREIBER PC**
Monique Olivier (SBN 190385)
monique@os-legal.com
Christian Schreiber (SBN 245597)
christian@os-legal.com
475 14th Street, Suite 250
Oakland, CA 94612

Telephone: (415) 484-0980

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

Dated:  July 28, 2026　　　　　　**SNELL & WILMER L.L.P**

By: */s/ Andrew P. Young*
Andrew P. Young, Bar No. 326540
apyoung@swlaw.com
Rachel A. McMains, Bar No. 352954
rmcmains@swlaw.com
3611 Valley Centre Dr., #500
San Diego, CA 92130
Telephone: 858.434.5020

*Attorneys for Defendant*

### CERTIFICATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document.

Dated: July 28, 2026　　　　　　**LYNCH CARPENTER, LLP**

By:  */s/Scott G. Braden*
Scott G. Braden (State Bar No. 305051)
scott@lcllp.com

JOINT STATUS REPORT REGARDING OUTCOME OF MEDIATION AND JOINT REQUEST TO HOLD REMAINING DEADLINES IN ABEYANCE          CASE NO. 3:24-CV-00311-GPC-MSB